# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

ELI BRIDGE, on behalf of Andrew Bridge, a )
minor, by his next friends and parents; )
AYSHA PRATHER, on behalf of Andrew )
Bridge, a minor, by his next friends and parents;)
MAX MILES, on behalf of Mark Miles )
(a pseudonym), a minor, by his next friends and )
parents; MIA MILES, on behalf of Mark Miles )
(a pseudonym), a minor, by his next friends and )
parents; STEVE STILES, on behalf of Sarah )
Stiles (a pseudonym), a minor, by her next )
friends and parents; SUE STILES, on behalf of )
Sarah Stiles (a pseudonym), a minor, by her )
next friends and parents, )
                               )
       Plaintiffs, )
                               )
v. )    Case No. CIV-22-00787-JD
                               )
OKLAHOMA STATE DEPARTMENT OF )
EDUCATION; JOY HOFMEISTER, in her )
official capacity as the State Superintendent of )
Public Instruction; CARLISHA BRADLEY, )
JENNIFER MONIES, BRIAN BOBEK, )
ESTELA HERNANDEZ, TRENT SMITH, and )
SARAH LEPAK, all in their official capacities )
as members of the Oklahoma Board of )
Education; JOHN O'CONNOR, in his official )
capacity as Oklahoma Attorney General; )
INDEPENDENT SCHOOL DISTRICT NO. 40 )
OF CLEVELAND COUNTY, OKLAHOMA, )
a/k/a Noble Public Schools; INDEPENDENT )
SCHOOL DISTRICT NO. 2 OF CLEVELAND )
COUNTY, OKLAHOMA, a/k/a Moore Public )
Schools; INDEPENDENT SCHOOL )
DISTRICT NO. 89 OF OKLAHOMA )
COUNTY, OKLAHOMA, a/k/a Oklahoma City)
Public Schools; HARDING INDEPENDENCE )
CHARTER DISTRICT INC., )
                               )
       Defendants. )

## **TEMPORARY ORDER ALLOWING PSEUDONYM LITIGATION**

Before the Court is Plaintiffs' Motion for Leave to Proceed Pseudonymously. [Doc. No. 4]. Plaintiffs filed this motion contemporaneously with the Complaint, which challenges the legality of recently enacted Oklahoma Senate Bill 615. Two of the plaintiffs, along with their parents and next friends (collectively, the "Movants") seek permission to proceed in this matter under pseudonyms. The Movants seek this relief because of privacy and safety concerns given their status as minors, and for the parents and next friends to protect the identities of their minor children. The Movants do not seek to withhold their identities from Defendants or the Court, and they do not seek to restrict the public's general access to filings, proceedings, or rulings in the case.

After review of the Complaint and motion, the Court PROVISIONALLY GRANTS the Movants' request to proceed under pseudonyms, as set forth herein. Movants are permitted to temporarily proceed under pseudonyms in this case when matters are filed in the public record. The parties shall not file information containing Movants' unredacted names or personal data identifiers, and the parties shall, while this Order is in effect, refer to Movants by their pseudonyms. This Order serves as a temporary measure and is subject to modification by the Court.

Should Movants desire to continue under pseudonyms following service of process and appearance by Defendants, then Movants shall confer with Defendants to determine whether they oppose the relief sought. Following that conference, Movants shall refile their request as a new motion, indicating whether the request is opposed or

unopposed. If the relief sought is opposed, the Court will hear from Defendants before issuing a further ruling on this matter.

IT IS SO ORDERED this 12th day of September 2022.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE