**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

Andrew Bridge, et al.,
)
)
)
)
Plaintiff(s),
)
)
v.
)
Case No. CIV-22-787-JD
)
Oklahoma State Department of Education, et al.,
)
)
)
)
Defendant(s)
)

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiffs , Bridge, et al. .

(Plaintiff/Defendant)        (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Jon W. Davidson                    9/14/22

Signature                                Date

Jon W. Davidson

Print Name

American Civil Liberties Union Foundation

Firm

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

120 Broad Street, 18th Floor

Address

New York                NY            10005

City                        State          Zip Code

(323) 536-9880

Telephone

jondavidson@aclu.org

Internet E-mail Address

*Certificate of Service*

☐ I hereby certify that on _____, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☑ I hereby certify that on September 14, 2022 , I filed the attached document with the Clerk of the Court and served the attached document by process server

on the following, who are not registered participants of the ECF System:

[1] OKLAHOMA STATE DEPARTMENT OF EDUCATION, [2] JOY HOFMEISTER, [3] CARLISHA BRADLEY, [4] JENNIFER MONIES, [5] ESTELA HERNANDEZ, [6] BRIAN BOBEK, [7] TRENT SMITH, [8] SARAH LEPAK, [9] JOHN O′CONNOR, [10] INDEPENDENT SCHOOL DISTRICT NO. 40 OF CLEVELAND COUNTY, OKLAHOMA, [11] INDEPENDENT SCHOOL DISTRICT NO. 2 OF CLEVELAND COUNTY, OKLAHOMA, [12] INDEPENDENT SCHOOL DISTRICT NO. 89 OF OKLAHOMA COUNTY, OKLAHOMA, [13] HARDING INDEPENDENCE CHARTER DISTRICT, INC.

ul Jon W. Davidson
_____
s/ Attorney Name