IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

ANDREW BRIDGE, by his next friends and parents, ELI BRIDGE and AYSHA PRATHER, et al.,

    Plaintiff(s),

v.

OKLAHOMA STATE DEPARTMENT OF EDUCATION, et al.,

    Defendant(s)

Case No. CIV-22-787-JD

# ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

**Plaintiff**, **Bridge, et al.**
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ **Hanna Roberts**     **09/14/2022**
Signature     Date

**Hanna Roberts**
Print Name

**American Civil Liberties Union of Oklahoma Foundation**
Firm

**PO Box 13327**
Address

**Oklahoma City**    **OK**    **73112**
City    State    Zip Code

**(918) 697-2202**
Telephone

**hroberts@acluok.org**
Internet E-mail Address

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

REVISED 05/14/18

# Certificate of Service

☐ I hereby certify that on _____, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☑ I hereby certify that on September 14, 2022, I filed the attached document with the Clerk of the Court and served the attached document by process server on the following, who are not registered participants of the ECF System:

[1] OKLAHOMA STATE DEPARTMENT OF EDUCATION, [2] JOY HOFMEISTER, [3] CARLISHA BRADLEY, [4] JENNIFER MONIES, [5] ESTELA HERNANDEZ, [6] BRIAN BOBEK, [7] TRENT SMITH, [8] SARAH LEPAK, [9] JOHN O'CONNOR, [10] INDEPENDENT SCHOOL DISTRICT NO. 40 OF CLEVELAND COUNTY, OKLAHOMA, [11] INDEPENDENT SCHOOL DISTRICT NO. 2 OF CLEVELAND COUNTY, OKLAHOMA, [12] INDEPENDENT SCHOOL DISTRICT NO. 89 OF OKLAHOMA COUNTY, OKLAHOMA, [13] HARDING INDEPENDENCE CHARTER DISTRICT, INC.

Hanna Roberts
s/ Attorney Name