IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Andrew Bridge, et al. )
)
)
)
)
Plaintiff(s), )
)
v. ) Case No. CIV-22-787-JD
)
Oklahoma State Department of )
Education, et al. )
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiffs, Andrew Bridge, Mark Miles, and Sarah Stiles.
(Plaintiff/Defendant)     (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Isaac D. Chaput      9/14/2022
Signature               Date

Isaac D. Chaput
Print Name

Covington & Burling LLP
Firm

Criminal Cases Only:

☐ Retained or USA

Salesforce Tower, 415 Mission Street, Suite 5400
Address

☐ CJA Appointment

San Francisco, CA 94102
City          State          Zip Code

☐ Federal Public Defender

415-591-6000
Telephone

☐ Pro Bono

ichaput@cov.com
Internet E-mail Address

☐ CJA Training Panel

REVISED 05/14/18

## Certificate of Service

☐ I hereby certify that on _____, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☑ I hereby certify that on September 14, 2022, I filed the attached document with the Clerk of the Court and served the attached document by process server on the following, who are not registered participants of the ECF System:

[1] OKLAHOMA STATE DEPARTMENT OF EDUCATION, [2] JOY HOFMEISTER, [3] CARLISHA BRADLEY, [4] JENNIFER MONIES, [5] ESTELA HERNANDEZ, [6] BRIAN BOBEK, [7] TRENT SMITH, [8] SARAH LEPAK, [9] JOHN O'CONNOR, [10] INDEPENDENT SCHOOL DISTRICT NO. 40 OF CLEVELAND COUNTY, OKLAHOMA, [11] INDEPENDENT SCHOOL DISTRICT NO. 2 OF CLEVELAND COUNTY, OKLAHOMA, [12] INDEPENDENT SCHOOL DISTRICT NO. 89 OF OKLAHOMA COUNTY, OKLAHOMA, [13] HARDING INDEPENDENCE CHARTER DISTRICT, INC.

s/ Isaac D. Chaput
s/ Attorney Name