IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ANDREW BRIDGE, by his next friends and parents, ELI BRIDGE and AYSHA PRATHER, et al.,

Plaintiff(s),

v.  Case No. CIV-22-787-JD

OKLAHOMA STATE DEPARTMENT OF EDUCATION, et al.,

Defendant(s)

# ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiffs, Bridge, et al.
(Plaintiff/Defendant)  (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Mitchell A. Kamin  9/15/2022
Signature  Date

Mitchell A. Kamin
Print Name

Covington & Burling LLP
Firm

Criminal Cases Only:

☐ Retained or USA

1999 Avenue of the Stars
Address

☐ CJA Appointment

Los Angeles, CA 90067
City  State  Zip Code

☐ Federal Public Defender

(424) 332-4800
Telephone

☐ Pro Bono

☐ CJA Training Panel

mkamin@cov.com
Internet E-mail Address

REVISED 05/14/18

# Certificate of Service

☐ I hereby certify that on _____, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☑ I hereby certify that on September 15, 2022, I filed the attached document with the Clerk of the Court and served the attached document by process server on the following, who are not registered participants of the ECF System:

[1] OKLAHOMA STATE DEPARTMENT OF EDUCATION, [2] JOY HOFMEISTER, [3] CARLISHA BRADLEY, [4] JENNIFER MONIES, [5] ESTELA HERNANDEZ, [6] BRIAN BOBEK, [7] TRENT SMITH, [8] SARAH LEPAK, [9] JOHN O'CONNOR, [10] INDEPENDENT SCHOOL DISTRICT NO. 40 OF CLEVELAND COUNTY, OKLAHOMA, [11] INDEPENDENT SCHOOL DISTRICT NO. 2 OF CLEVELAND COUNTY, OKLAHOMA, [12] INDEPENDENT SCHOOL DISTRICT NO. 89 OF OKLAHOMA COUNTY, OKLAHOMA, [13] HARDING INDEPENDENCE CHARTER DISTRICT, INC.

s/ Mitchell A. Kamin
s/ Attorney Name