# ATTACHMENT 1

## DECLARATION OF ANDREW BRIDGE

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Andrew Bridge, et al., *Plaintiffs*, v. Oklahoma State Board of Education, et al., *Defendants*. | Civil Action No.: CIV-22-787-JD |

## DECLARATION OF ANDREW BRIDGE

I, Andrew Bridge, pursuant to 28 U.S.C. § 1746 declare as follows:

1. My name is Andrew Bridge, although I have not yet petitioned for a change of name through a guardian or next friend. I typically go by "Andy." I am a plaintiff in the above-captioned action. I make this declaration of my own personal knowledge, and, if called as a witness, I could and would testify competently to the matters stated herein.

2. I am 16 years old. I reside in Oklahoma with my mother, Aysha Bridge; father, Eli Bridge; and older brother, Oliver Bridge. My parents are biologists, and we also have two dogs, three cats, and several chickens and goats that live with us or in our yard.

3. I am a registered student at Noble High School, which is part of the Noble Public Schools ("NPS") in Noble, Oklahoma. I began my senior year on August 10, 2022.

4. A photograph of me taken earlier this year is below.



5. I am an honor student. My academic record is extremely important to me. I am on the Varsity team in the Academic Bowl, where I have competed interscholastically throughout my high school career.

6. After high school, my plans are to attend a four-year university to study Psychology. Ultimately, I would like to be either a clinical psychologist or psychiatrist.

7. I love to paint and read in my free time. I also worked part-time in a restaurant, but I recently left to focus on my course load at school.

8. I am a boy.

9. I am also transgender.

10. When I was born, my sex was designated as "female" on my birth certificate, even though I am a boy.

11. At the onset of puberty, I started to feel uncomfortable with my body. After many discussions with my therapist, physician, and supportive friends

in addition to extensive reading and thinking about my gender identity, I felt ready to come out to my family as transgender.

12.     During the summer of 2020, I came out to my mother as being a boy. My mother was not surprised that I was a boy and was immediately accepting and supportive of me.  Next, I came out to my brother and father who both also were supportive of me.

13.     After informing my family, with their support, I began taking steps towards aligning my lived experience with my gender.  I cut my hair short and began wearing more masculine clothing.  I also informed close friends of my name and pronouns.

14.     Each gradual step of my transition brought me a sense of relief and happiness, and I felt like I was finally starting to live the way I was meant to live.  This confirmed for me that transitioning was the only way I would ever feel fully comfortable in my own skin.

15.     I have since been diagnosed with gender dysphoria, and that diagnosis has been confirmed by multiple healthcare providers.

16.     I began pursuing medical treatment for gender dysphoria in June 2021 at Oklahoma Children's Hospital Adolescent Medicine Clinic ("OU Health"). I have been under the care of health care professionals at OU Health since May 2018 after I was referred there by my primary care physician.

17.     During my junior year at Noble High School in August 2021, I was living as my authentic self, meaning as the boy that I am.  The school changed my

name on my school records where possible and teachers were informed that I use male pronouns. We also spoke to the assistant principal who was supportive.

18.     At school, I am generally perceived by students and staff alike as a boy. My peers and my teachers generally used male pronouns to refer to me, and generally treated me as the boy I am in every respect.

19.     I consistently used the boys' restrooms at school for the entire 2021-2022 school year with the knowledge and support of school administration. I knew that I belonged in the boys' restroom, so I simply used the boys' restrooms along with all the other boys. I always used one of the stalls, as I continue to do in every other setting where I use male restrooms.

20.     During my junior year, there was only one issue involving a small group of students who are known to bully and harass other students. That small group made a complaint to the assistant principal. This was quickly resolved by the assistant principal who allowed me to continue to use the boys' restrooms but also gave me the option to use a single occupancy restroom in the front office.

21.     My mother made me aware of SB 615. I was very upset when it passed because it implies that transgender students are unfit to share a communal space with others – as if we are dangerous or perverted.

22.     Before this school year started, my mother and I spoke with the vice principal and principal of my school regarding the school district's restroom policy. The principals called a district-level administrator who stated that the NPS's policy is that transgender students would have a single occupancy restroom made available

to them, and if there was a complaint about a transgender student using the "wrong" restroom (that is, a multiple occupancy restroom used by students of the same gender), they would be counseled to use other restrooms.  I was also told that if I continued to use the boys' restroom after being counseled, I would be subject to discipline.  At the end of the conversation, both my mother and I made it clear that I planned to continue using the boys' restroom at school

23. Since I began my senior year in August 2022.  I have continued to use the boys' restroom at my school.  I have done so without incident. I either use the boys' restroom between classes or return home during extended breaks in my schedule to use the restroom at home.

24. The only single occupancy restroom at my school that I am aware of that is not a faculty restroom is the restroom located in the front office.  It would be out of the way of my class schedule to use that restroom.  Additionally, being forced to use this restroom would make me feel singled out and stigmatized, as if there is something wrong with me that means I should not use the same restroom as the other boys at my school.

25. Throughout the years, I have seen anti-transgender bills across the country and have found it very disheartening that politicians would target people like me.  Now with the Oklahoma legislature choosing to make the lives of transgender people, like myself, more difficult, I no longer feel safe and welcome in the only place I have ever called home.

26. Being banned from the boys' restroom would be stigmatizing, ostracizing, and an invasion of my privacy. It feels as if adults are attempting to bully me and other transgender students. I deserve to be treated with the same dignity and respect as all other boys.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on September 24, 2022.

_____
Andrew Bridge