# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ELI BRIDGE, on behalf of Andrew Bridge, a minor, by his next friends and parents, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>OKLAHOMA STATE DEPARTMENT OF EDUCATION, et al.<br><br>    Defendants. | Case No. CIV-22-00787-JD |

## ORDER SETTING EXPEDITED BRIEFING

Before the Court is State Defendants' Motion to Strike Plaintiffs' Reply Affidavits in Support of Motion for Preliminary Injunction or, in the Alternative, Motion to File Surreply ("Motion"). [Doc. No. 64]. Under LCvR7.1(g), this matter is set for expedited briefing. Any response brief by Plaintiffs shall be limited to seven pages and must be filed on or before **Wednesday, December 14, 2022, at 5:00 p.m.** No reply will be permitted.

If the issues described above are resolved by agreement at any time, counsel shall <u>immediately</u> notify the Court.

IT IS SO ORDERED this 7th day of December 2022.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE