IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Andrew Bridge, et al.,
    *Plaintiffs*,
            v.
Oklahoma State Department of Education, et al.,
    *Defendants*.

Case No.: CIV-22-787-JD

## MOTION OF JOHANNA F. ROBERTS TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.5, Johanna F. Roberts moves this Court for an Order granting her leave to withdraw as counsel of record on behalf of all the Plaintiffs. In support of this Motion, Counsel state as follows:

1. As of 1/13/2023, Counsel will no longer be associated with the American Civil Liberties Union of Oklahoma, Inc. or the American Civil Liberties Union of Oklahoma Foundation, Inc., as she has accepted a position with the Tulsa County Public Defender's Office.

2. Plaintiffs will continue to be represented by attorneys with the ACLU of Oklahoma Foundation, Inc., Lambda Legal, ACLU National, and Covington & Burling LLP. Withdrawing as counsel will not affect any Court Schedules or deadlines.

3. If granted, Attorney Roberts will no longer be representing any of the plaintiffs in this action and, therefore, does not need notice of any matters filed in this action and requests to be removed from all service lists including CM/ECF system notices for this action.

4.  Concurrently with the filing of this Motion, counsel for the ACLU of Oklahoma Foundation, Inc. is providing notice of this Motion to the individual Plaintiffs.

WHEREFORE, Johanna F. Roberts asks that this Court grant her leave to withdraw as counsel on behalf of all the plaintiffs in this matter.

*s/Johanna F. Roberts*
Johanna F. Roberts, OBA #33599
ACLU of Oklahoma
P.O. Box 13327
Oklahoma City, OK 73113
(405) 525-3831
hroberts@acluok.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 11, 2023, I electronically transmitted the foregoing document to the Clerk of the Court using the CM/ECF system for filing and transmittal of Notice of Electronic Filing to registrants entitled to receive it.

*s/ Johanna F. Roberts*
