IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ELI BRIDGE, on behalf of Andrew Bridge, a minor, by his next friends and parents, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OKLAHOMA STATE DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )   Case No. CIV-22-00787-JD |

## ORDER

Before the Court are Plaintiffs' Letter from counsel Isaac D. Chaput and Notice of Supplemental Authorities [Doc. Nos. 76, 77]. The Notice is STRICKEN, without prejudice to refiling in compliance with LCvR7.1(m), which provides that "[t]he Notice of Supplemental Authority shall not contain any argument but may identify the proposition in filed briefs to which the authority is relevant. If a party desires to present argument regarding the new authority, the party must apply for leave to file a supplemental brief." *See* LCvR7.1(i) ("Supplemental briefs may be filed only upon motion and leave of court."). The Court finds that the Notice improperly contains argument and should only "identify the proposition in filed briefs to which the authority is relevant." *See* LCvR7.1(m).

For similar reasons, the Letter is also STRICKEN, as Plaintiffs must seek leave to supplement a brief in accordance with Local Civil Rule 7.1. If Plaintiffs do intend to seek leave to supplement a brief for any pending motion, they shall confer with counsel for

Defendants and indicate in their motion for leave whether Defendants oppose (1) the request for leave to supplement briefs itself and (2) the underlying legal or factual contentions Plaintiffs seek to make in their supplemental brief. Plaintiffs' motion should include a proposed briefing schedule that provides Defendants an opportunity to respond in the event Defendants oppose these contentions. *See also* LCvR7.1(k) (motions not requiring briefs). If there are going to be additional briefs by the parties, the Court requests the parties (1) agree to an expedited schedule and to page limitations for supplemental briefs and (2) indicate such agreements in their proposal to the Court, in the anticipated forthcoming motion for leave to supplement.

      IT IS SO ORDERED this 20th day of June 2023.

JODI W. DISHMAN  
UNITED STATES DISTRICT JUDGE