IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: July 7, 2023

| | | |
|---|---|---|
| ELI BRIDGE, on behalf of Andrew Bridge, a minor, by his next friends and parents, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CIV-22-00787-JD |
| OKLAHOMA STATE DEPARTMENT OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) | |

**ENTER ORDER:**

  Under Local Civil Rule 7.1(g), the Court orders expedited briefing on responses to the State Defendants' Motion to Strike Plaintiffs' Amended Notice of Supplemental Authority [Doc. No. 81]. Any party who opposes or who has not indicated a position shall file within 7 days of this Order any response brief it wishes to file. No reply will be permitted.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

                CARMELITA REEDER SHINN, CLERK

                By: /s/Nyssa Vasquez
                   Deputy Clerk