UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ANDREW BRIDGE, *et al.*,

                            *Plaintiffs,*

v.

OKLAHOMA STATE DEPARTMENT OF EDUCATION, *et al.*,

                            *Defendants.*

No.   CIV-22-787-JD

## **STATE DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to this Court's Order, Doc. 87, attached is the State of Oklahoma's response to the United States' Statement of Interest, which was filed in *Poe v. Drummond*, N.D. Okla. Case No. 23-cv-177-JFH-SH.

Respectfully submitted,

  s/*Zach West*
ZACH WEST, OBA #30768
  *Director of Special Litigation*
AUDREY A. WEAVER, OBA #33258
KYLE PEPPLER, OBA #31681
WILLIAM FLANAGAN, OBA #35110
  *Assistant Solicitors General*
OFFICE OF ATTORNEY GENERAL
   STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone:   (405) 521-3921
Zach.West@oag.ok.gov
Audrey.Weaver@oag.ok.gov
Kyle.Peppler@oag.ok.gov
William.Flanagan@oag.ok.gov
*Counsel for State Defendants*