## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Andrew Bridge, et al., | |
| *Plaintiffs*, | |
| v. | Case No. CIV-22-787-JD |
| Oklahoma State Department of Education, et al., | |
| *Defendants*. | |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to LCvR7.1(m), Plaintiffs Andrew Bridge, Mark Miles, and Sarah Stiles (collectively, "Plaintiffs" or the "Students") respectfully provide this Notice of Supplemental Authority in connection with their pending Motion for Leave To Proceed Pseudonymously, filed October 25, 2022. *See* Dkt. 46.

In *Poe v. Drummond*, 2023 WL 4560820 (N.D. Okla. July 17, 2023), the Northern District of Oklahoma granted a motion for leave to proceed under pseudonyms filed by five transgender adolescent plaintiffs and their parents and legal guardians.[1] *Drummond* is relevant to the Students' Motion for Leave To Proceed Pseudonymously. *See* Dkt. 46.

---

[1] A copy of the *Poe v. Drummond* decision is attached hereto as Exhibit 1.

Dated: August 22, 2023

Respectfully submitted,

 /s/ Isaac D. Chaput
Isaac D. Chaput

Jon W. Davidson (*pro hac vice*)
(admitted only in California)
American Civil Liberties Union
Foundation
120 Broad Street, 18th Floor
New York, New York 10005-3919
Telephone: (323) 536-9880
Facsimile: (212) 809-0055
jondavidson@aclu.org

Paul D. Castillo (*pro hac vice*)
Lambda Legal Defense and
Education Fund, Inc.
3500 Oak Lawn Ave., Ste. 500
Dallas, Texas 75219
Telephone: (214) 219-8585
Facsimile: (214) 481-9140
pcastillo@lambdalegal.org

Megan Lambert
Bar Number 33216
American Civil Liberties Union of
Oklahoma Foundation
PO Box 13327
Oklahoma City, OK 73113
Telephone: (405) 525-3831
Mlambert@acluok.org

Isaac D. Chaput (*pro hac vice*)
Covington & Burling LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
ichaput@cov.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 22, 2023, I electronically filed Plaintiffs' Notice of Supplemental Authority with the Clerk of Court via the Court's CM/ECF system, which effects service upon all counsel of record.

<u>/s/ Isaac D. Chaput</u>
Isaac D. Chaput