IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: September 29, 2023

| | |
|---|---|
| ELI BRIDGE, on behalf of Andrew Bridge, a minor, by his next friends and parents, et al., ) ) ) Plaintiffs, ) ) v. ) ) OKLAHOMA STATE DEPARTMENT OF ) EDUCATION, et al., ) ) Defendants. ) | Case No. CIV-22-00787-JD |

**ENTER ORDER:**

The Court ORDERS the parties to confer and file a motion to substitute any defendant who should be substituted under Federal Rules of Civil Procedure 25(d) and 17(d). The motion shall be filed within fourteen (14) days of this Order, or by October 13, 2023, and a proposed order shall be submitted to the Court via the Court's designated mailbox: dishman-orders@okwd.uscourts.gov.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

CARMELITA REEDER SHINN, CLERK

By: /s/Nyssa Vasquez
Deputy Clerk