IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ELI BRIDGE, on behalf of Andrew Bridge, a minor, by his next friends and parents, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OKLAHOMA STATE DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | Case No. CIV-22-00787-JD |

## ORDER

Before the Court is the Joint Motion to Substitute Certain Defendants and Amend Caption ("Motion") [Doc. No. 91]. Upon review, and under Federal Rules of Civil Procedure 17(d) and 25(d), the Court GRANTS the Motion.

The Court ORDERS that (1) Ryan Walters is substituted in place of Defendant Joy Hofmeister, in his official capacity as the State Superintendent of Public Instruction; (2) Donald Burdick, Katie Quebedeaux, Suzanne Reynolds, and Kendra Wesson are substituted for Defendants Carlisha Bradley, Jennifer Monies, Estela Hernandez, and Brian Bobek, in their official capacities as members of the Oklahoma Board of Education; and (3) Gentner Drummond is substituted for Defendant John O'Connor, in his official capacity as Oklahoma Attorney General, for all purposes in this case. The Court DIRECTS the Clerk of this Court to update the case docket to reflect these substitutions.

Following this Order, captions for all filings should reflect Ryan Walters is

substituted in place of Joy Hofmeister; Donald Burdick, Katie Quebedeaux, Suzanne Reynolds, and Kendra Wesson are substituted for Defendants Carlisha Bradley, Jennifer Monies, Estela Hernandez, and Brian Bobek; and Gentner Drummond is substituted for John O'Connor. Filings in violation of this Order will be stricken.

    IT IS SO ORDERED this 12th day of October 2023.

                                      JODI W. DISHMAN
                                      UNITED STATES DISTRICT JUDGE