# CHAMBERS MINUTE SHEET

CASE NO. CIV-22-000787-JD                                          DATE December 13, 2023

Eli Bridge, et al.                                    v.  Oklahoma State Department of Education, et al.

COMMENCED 3:30 p.m.          ENDED 3:35 p.m.          TOTAL TIME 5 minutes

PROCEEDINGS Telephonic Status Conference

JUDGE JODI W. DISHMAN          DEPUTY NYSSA VASQUEZ          REPORTER N/A

PLFS.' COUNSEL  Megan Lambert, Devraat Awasthi, Isaac Chaput, Jon Davidson, Paul Castillo, and Robert Gianchetti

DFTS.' COUNSEL  Garry M. Gaskins, II, Zach West, Audrey Weaver (Oklahoma State Department of Education, Ryan Walters, Donald Burdick, Katie Quebedeaux, Suzanne Reynolds, Kendra Wesson, Trent Smith, Sarah Lepak, and Gentner Drummond, in their official capacities), Kent Rainey, Alison Parker, Adam Heavin (Independent School District No. 40 of Cleveland County Oklahoma and Independent School District No. 2 of Cleveland County Oklahoma), Laura Holmes and Laura Holmgren-Ganz (Independent School District No. 89 of Oklahoma County Oklahoma and Harding Independence Charter District, Inc.

MINUTE: Counsel appear telephonically as noted above pursuant to the Plaintiff's Motion for Status Conference [Doc. No. 94]. The Court discusses the status of pending motions and status of court docket in general. If necessary, should the parties desire another status conference (in-person or by phone) following any orders by the Court, they're instructed to reach out to the Court's courtroom deputy by one joint e-mail with proposed dates for such conference.