IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ELI BRIDGE, on behalf of Andrew Bridge, a minor, by his next friends and parents, et al., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. CIV-22-00787-JD |
| INDEPENDENT SCHOOL DISTRICT NO. 40 OF CLEVELAND COUNTY, OKLAHOMA, also known as Noble Public Schools, et al., ) ) ) ) ) | |
| Defendants. ) | |

## ORDER

Before the Court is Plaintiffs' Motion for Protective Order and for Leave to Delay Submission of a Notice Disclosing Legal Names ("Motion") [Doc. No. 109]. The Motion indicates that counsel for Defendants Harding Independence Charter District, Inc. ("HICD") and Independent School District No. 89 of Oklahoma County, Oklahoma ("Oklahoma City Public Schools") have not responded to Plaintiffs' counsel's attempts to determine whether the proposed protective order is agreed or opposed by those defendants. The Motion seeks leave to delay submission of a notice disclosing legal names pending the Court's entry of a protective order.

The Court GRANTS the Motion IN PART to delay submission of a notice disclosing legal names until the Court enters a protective order. The Court will provide a new deadline upon its entry of a protective order.

Under Local Civil Rule 7.1(g), the Court expedites any response to the Motion for

Protective Order and ORDERS Defendants HICD and Oklahoma City Public Schools to file any opposition or response to the Motion for Protective Order by **Tuesday, January 23, 2024**. If Defendants HICD and Oklahoma City Public Schools do not object to Plaintiffs' proposed protective order, they should advise the Court as soon as possible through the Court's courtroom deputy so that the Court may promptly consider the proposed protective order.

    IT IS SO ORDERED this 19th day of January 2024.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE