IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Andrew Bridge, et al.,

    *Plaintiffs*,

              v.

Oklahoma State Department of Education, et al.,

    *Defendants*.

Case No. CIV-22-787-JD

**PLAINTIFFS' OPPOSITION TO SCHOOL DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

On February 5, 2024, Independent School District No. 40 of Cleveland County, Oklahoma ("Noble Public Schools"), Independent School District No. 2 of Cleveland County, Oklahoma ("Moore Public Schools"), Independent School District No. 89 of Oklahoma County, Oklahoma ("Oklahoma City Public Schools"), and Harding Independence Charter District, Inc. ("HICD," and together with Noble Public Schools, Moore Public Schools, and Oklahoma City Public Schools, the "School Defendants") moved for judgment on the pleadings, pursuant to Federal Rule of Civil Procedure 12(c). *See* Doc. No. 114. The School Defendants argue that dismissal of Plaintiffs' claims against the School Defendants is required for the same reasons requiring dismissal of Plaintiffs'

claims against the State Defendants,[1] as set forth in the Court's January 12, 2024 Order granting the State Defendants' Motion to Dismiss.  *See* Doc. No. 107.

In opposing the School Defendants' motion, Plaintiffs incorporate here by reference the arguments set forth in their Opposition to the State Defendants' Motion to Dismiss. *See* Doc. No. 53.  Plaintiffs, however, recognize that the reasoning of the Court's January 12, 2024 Order as to the State Defendants—although Plaintiffs disagree with the Court's decision and intend to appeal it—applies equally to Plaintiffs' claims against the School Defendants.  Plaintiffs therefore do not restate their arguments in opposition to dismissal simply to preserve judicial efficiency.  Plaintiffs reserve all rights to challenge on appeal the Court's January 12, 2024 Order as to the State Defendants and any forthcoming order as to the School Defendants.

---

[1] The State Defendants include the Oklahoma State Department of Education; Ryan Walters, in his official capacity as the State Superintendent of Public Instruction; Donald Burdick, Katie Quebedeaux, Zach Archer, Kendra Wesson, Trent Smith, and Sarah Lepak, in their official capacities as members of the Oklahoma Board of Education; and Gentner Drummond, in his official capacity as Oklahoma Attorney General.

| | |
|---|---|
| Dated: February 7, 2024 | Respectfully submitted, |
| | /s/ Isaac D. Chaput |
| | Isaac D. Chaput |
| Jon W. Davidson (*pro hac vice*) | Paul D. Castillo (*pro hac vice*) |
| (admitted only in California) | Lambda Legal Defense and |
| American Civil Liberties Union | Education Fund, Inc. |
| Foundation | 3500 Oak Lawn Ave., Ste. 500 |
| 120 Broad Street, 18th Floor | Dallas, Texas 75219 |
| New York, New York 10005-3919 | Telephone: (214) 219-8585 |
| Telephone: (323) 536-9880 | Facsimile: (214) 481-9140 |
| Facsimile: (212) 809-0055 | pcastillo@lambdalegal.org |
| jondavidson@aclu.org | |
| Megan Lambert (Bar Number 33216) | Isaac D. Chaput (*pro hac vice*) |
| Devraat Awasthi (Bar Number 35544) | Covington & Burling LLP |
| American Civil Liberties Union of | Salesforce Tower |
| Oklahoma Foundation | 415 Mission Street, Suite 5400 |
| PO Box 13327 | San Francisco, CA 94105 |
| Oklahoma City, OK 73113 | Telephone: (415) 591-6000 |
| Telephone: (405) 525-3831 | ichaput@cov.com |
| mlambert@acluok.org | |
| dawasthi@acluok.org | Robert Gianchetti (*pro hac vice*) |
| | Covington & Burling LLP |
| | 620 Eighth Avenue |
| | New York, NY 10018 |
| | Telephone: (212) 841-1000 |
| | rgianchetti@cov.com |
| | *Attorneys for Plaintiffs* |


Dated: February 7, 2024

Respectfully submitted,

/s/ Isaac D. Chaput
Isaac D. Chaput

Jon W. Davidson (*pro hac vice*)
(admitted only in California)
American Civil Liberties Union
Foundation
120 Broad Street, 18th Floor
New York, New York 10005-3919
Telephone: (323) 536-9880
Facsimile: (212) 809-0055
jondavidson@aclu.org

Paul D. Castillo (*pro hac vice*)
Lambda Legal Defense and
Education Fund, Inc.
3500 Oak Lawn Ave., Ste. 500
Dallas, Texas 75219
Telephone: (214) 219-8585
Facsimile: (214) 481-9140
pcastillo@lambdalegal.org

Megan Lambert (Bar Number 33216)
Devraat Awasthi (Bar Number 35544)
American Civil Liberties Union of
Oklahoma Foundation
PO Box 13327
Oklahoma City, OK 73113
Telephone: (405) 525-3831
mlambert@acluok.org
dawasthi@acluok.org

Isaac D. Chaput (*pro hac vice*)
Covington & Burling LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
ichaput@cov.com

Robert Gianchetti (*pro hac vice*)
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
rgianchetti@cov.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2024, I electronically filed Plaintiffs' Opposition to School Defendants' Motion for Judgment on the Pleadings with the Clerk of Court via the Court's CM/ECF system, which effects service upon all counsel of record.

<div style="text-align: right;">

/s/ Isaac D. Chaput
Isaac D. Chaput

</div>