## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ELI BRIDGE, on behalf of Andrew Bridge, a minor, by his next friends and parents, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CIV-22-00787-JD |
| OKLAHOMA STATE DEPARTMENT OF EDUCATION, et al., | ) ) ) | |
| Defendants. | ) ) | |

## JUDGMENT

Under Federal Rule of Civil Procedure 58(a), and in accordance with the Court's Orders of January 12, 2024 [Doc. No. 107] and today [Doc. No. 117], the Court dismisses with prejudice Plaintiffs' action against Defendants.

IT IS SO ORDERED this 22nd day of March 2024.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE