## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Andrew Bridge, et al., *Plaintiffs*, v. Oklahoma State Department of Education, et al., *Defendants*. | Case No. CIV-22-787-JD |

## NOTICE OF APPEAL

Notice is given that Plaintiffs Andrew Bridge, Mark Miles, and Sarah Stiles, by and through their respective parents and next friends, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the March 22, 2024 Judgment issued by this Court dismissing Plaintiffs' action against all Defendants with prejudice (Doc. No. 118).

| | |
|---|---|
| Dated: April 19, 2024 | Respectfully submitted, |
| | /s/ Isaac D. Chaput<br>Isaac D. Chaput |
| Jon W. Davidson (*pro hac vice*)<br>(admitted only in California)<br>American Civil Liberties Union Foundation<br>120 Broad Street, 18th Floor<br>New York, New York 10005-3919<br>Telephone: (323) 536-9880<br>Facsimile: (212) 809-0055<br>jondavidson@aclu.org | Paul D. Castillo (*pro hac vice*)<br>Lambda Legal Defense and Education Fund, Inc.<br>3500 Oak Lawn Ave., Ste. 500<br>Dallas, Texas 75219<br>Telephone: (214) 219-8585<br>Facsimile: (214) 481-9140<br>pcastillo@lambdalegal.org |
| Megan Lambert (Bar Number 33216)<br>Devraat Awasthi (Bar Number 35544)<br>American Civil Liberties Union of Oklahoma Foundation<br>PO Box 13327<br>Oklahoma City, OK 73113<br>Telephone: (405) 525-3831<br>mlambert@acluok.org<br>dawasthi@acluok.org | Isaac D. Chaput (*pro hac vice*)<br>Covington & Burling LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105<br>Telephone: (415) 591-6000<br>ichaput@cov.com<br><br>Robert Gianchetti (*pro hac vice*)<br>Covington & Burling LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>Telephone: (212) 841-1000<br>rgianchetti@cov.com<br><br>*Attorneys for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 19, 2024, I electronically filed the foregoing Notice of Appeal with the Clerk of Court via the Court's CM/ECF system, which effects service upon all counsel of record.

                                                /s/ Isaac D. Chaput
                                                Isaac D. Chaput