APPEAL,CLOSED,MITCHELL,_AH

Email All Attys

Email All Attys and Secondary Emails

# U.S. District Court
# Western District of Oklahoma[LIVE] (Oklahoma City)
# CIVIL DOCKET FOR CASE #: 5:22−cv−00787−JD

| | |
|---|---|
| Bridge et al v. Oklahoma State Department of Education et al | Date Filed: 09/06/2022 |
| Assigned to: Judge Jodi W. Dishman | Date Terminated: 03/22/2024 |
| Cause: 42:1983 Civil Rights Act | Jury Demand: Plaintiff |
| | Nature of Suit: 448 Civil Rights: Education |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Eli Bridge**
*on behalf of Andrew Bridge, a minor, by
his next friends and parents*

represented by **Megan E Lambert**
ACLU of Oklahoma Foundation
PO Box 13327
Oklahoma City, OK 73113
405−525−3831
Email: mlambert@acluok.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devraat Awasthi**
ACLU of Oklahoma Foundation
PO Box 13327
Oklahoma City, OK 73113
405−286−1291
Email: dawasthi@acluok.org
*ATTORNEY TO BE NOTICED*

**Isaac D Chaput**
Covington & Burling LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105−2533
415−591−7020
Email: ichaput@cov.com
*ATTORNEY TO BE NOTICED*

**Johanna F Roberts**
ACLU of Oklahoma Foundation
943 E Britton Rd
Oklahoma City, OK 73114
918−697−2202
Email: hroberts@acluok.org
*TERMINATED: 01/27/2023*

**Jon Warren Davidson**
American Civil Liberties Union

Foundation
125 Broad Street
New York, NY 10004
323−536−9880
Email: jondavidson@aclu.org
*ATTORNEY TO BE NOTICED*

**Meredith Taylor Brown**
American Civil Liberties Union
Foundation
125 Broad Street
New York, NY 10004
212−519−7887
Email: tbrown@aclu.org
*TERMINATED: 11/13/2023*

**Mitchell Aaron Kamin**
Covington & Burling LLP − LOS
ANGELES
1999 Avenue of the Stars
Los Angeles, CA 90067
424−332−4759
Email: mkamin@cov.com
*TERMINATED: 08/10/2023*

**Nicholas A Guillory**
Lambda Legal
3500 Oak Lawn Ave, Ste 500
Dallas, TX 75219
512−229−8657
Email: nguillory@lambdalegal.org
*TERMINATED: 10/20/2022*

**Paul David Castillo**
Lambda Legal
3500 Oak Lawn Ave, Ste 500
Dallas, TX 75219
214−302−2216
Fax: 214−481−9140
Email: pcastillo@lambdalegal.org
*ATTORNEY TO BE NOTICED*

**Robert Gianchetti**
Covington & Burling−NEW YORK
620 Eighth Avenue
The New York Times Building
New York, NY 10018
212−841−1000
Email: rgianchetti@cov.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aysha Prather**
*on behalf of Andrew Bridge, a minor, by*
*his next friends and parents*

represented by **Megan E Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devraat Awasthi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isaac D Chaput**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Johanna F Roberts**
(See above for address)
*TERMINATED: 01/27/2023*

**Jon Warren Davidson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meredith Taylor Brown**
(See above for address)
*TERMINATED: 11/13/2023*

**Mitchell Aaron Kamin**
(See above for address)
*TERMINATED: 08/10/2023*

**Nicholas A Guillory**
(See above for address)
*TERMINATED: 10/20/2022*

**Paul David Castillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Gianchetti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Max Miles**
*on behalf of Mark Miles (a pseudonym), a*
*minor, by his next friends and parents*

represented by **Megan E Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devraat Awasthi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isaac D Chaput**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Johanna F Roberts**
(See above for address)
*TERMINATED: 01/27/2023*

**Jon Warren Davidson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meredith Taylor Brown**
(See above for address)
*TERMINATED: 11/13/2023*

**Mitchell Aaron Kamin**
(See above for address)
*TERMINATED: 08/10/2023*

**Nicholas A Guillory**
(See above for address)
*TERMINATED: 10/20/2022*

**Paul David Castillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Gianchetti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mia Miles**
*on behalf of Mark Miles (a pseudonym), a minor, by his next friends and parents*

represented by **Megan E Lambert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Devraat Awasthi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isaac D Chaput**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Johanna F Roberts**
(See above for address)
*TERMINATED: 01/27/2023*

**Jon Warren Davidson**
(See above for address)
*ATTORNEY TO BE NOTICED*

4

**Meredith Taylor Brown**
(See above for address)
*TERMINATED: 11/13/2023*

**Mitchell Aaron Kamin**
(See above for address)
*TERMINATED: 08/10/2023*

**Nicholas A Guillory**
(See above for address)
*TERMINATED: 10/20/2022*

**Paul David Castillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Gianchetti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steve Stiles**                              represented by  **Megan E Lambert**
*on behalf of Sarah Stiles (a pseudonym),*                   (See above for address)
*a minor, by her next friends and parents*                   *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Devraat Awasthi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isaac D Chaput**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Johanna F Roberts**
(See above for address)
*TERMINATED: 01/27/2023*

**Jon Warren Davidson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meredith Taylor Brown**
(See above for address)
*TERMINATED: 11/13/2023*

**Mitchell Aaron Kamin**
(See above for address)
*TERMINATED: 08/10/2023*

**Nicholas A Guillory**

(See above for address)
*TERMINATED: 10/20/2022*

**Paul David Castillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Gianchetti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sue Stiles**                                  represented by   **Megan E Lambert**
*on behalf of Sarah Stiles (a pseudonym),*                      (See above for address)
*a minor, by her next friends and parents*                      *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Devraat Awasthi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isaac D Chaput**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Johanna F Roberts**
(See above for address)
*TERMINATED: 01/27/2023*

**Jon Warren Davidson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meredith Taylor Brown**
(See above for address)
*TERMINATED: 11/13/2023*

**Mitchell Aaron Kamin**
(See above for address)
*TERMINATED: 08/10/2023*

**Nicholas A Guillory**
(See above for address)
*TERMINATED: 10/20/2022*

**Paul David Castillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Gianchetti**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Oklahoma State Department of
Education**
*TERMINATED: 01/12/2024*

represented by

**Audrey A Weaver**
Oklahoma Office of the Attorney General
313 NE 21st St.
Oklahoma City, OK 73105
405–522–4435
Email: audrey.weaver@oag.ok.gov
*ATTORNEY TO BE NOTICED*

**Garry M Gaskins , II**
Drummond Law PLLC
1500 S Utica Ave
Suite 400
Tulsa, OK 74104
918–749–7378
Fax: 918–749–7869
Email: gmg@drumlaw.com
*ATTORNEY TO BE NOTICED*

**Kyle Peppler**
DOJ–USAO
210 Park Avenue
Suite 400
Oklahoma City, OK 73102
405–553–8700
Email: kyle.peppler@oag.ok.gov
*ATTORNEY TO BE NOTICED*

**William Patrick Flanagan**
Oklahoma Office of Attorney General
313 NE 21st Street
Oklahoma City
Oklahoma City, OK 73105
405–521–3921
Email: william.flanagan@oag.ok.gov
*ATTORNEY TO BE NOTICED*

**Zachary P West**
Attorney General's Ofc–NE
21STREET–OKC
313 NE 21st St
Oklahoma City, OK 73105
405–521–3021
Fax: 405–521–4518
Email: zach.west@oag.ok.gov
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Ryan Walters**
*in his official capacity as the State*
*Superintendent of Public Instruction*
*TERMINATED: 01/12/2024*

represented by **Audrey A Weaver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Garry M Gaskins , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyle Peppler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Patrick Flanagan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zachary P West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Donald Burdick**
*in their official capacities as members of*
*the Oklahoma Board of Education*
*TERMINATED: 01/12/2024*

represented by **Audrey A Weaver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Garry M Gaskins , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyle Peppler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Patrick Flanagan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zachary P West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Katie Quebedeaux**
*in their official capacities as members of*
*the Oklahoma Board of Education*
*TERMINATED: 01/12/2024*

represented by **Audrey A Weaver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Garry M Gaskins , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyle Peppler**

(See above for address)
*ATTORNEY TO BE NOTICED*

**William Patrick Flanagan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zachary P West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Suzanne Reynolds**
*in their official capacities as members of*
*the Oklahoma Board of Education*
*TERMINATED: 01/12/2024*

represented by  **Audrey A Weaver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Garry M Gaskins , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyle Peppler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Patrick Flanagan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zachary P West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kendra Wesson**
*in their official capacities as members of*
*the Oklahoma Board of Education*
*TERMINATED: 01/12/2024*

represented by  **Audrey A Weaver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Garry M Gaskins , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyle Peppler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Patrick Flanagan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zachary P West**
(See above for address)

9

*ATTORNEY TO BE NOTICED*

**Defendant**

**Trent Smith**
*in their official capacities as members of*
*the Oklahoma Board of Education*
*TERMINATED: 01/12/2024*

represented by **Audrey A Weaver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Garry M Gaskins , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyle Peppler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Patrick Flanagan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zachary P West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sarah Lepak**
*in their official capacities as members of*
*the Oklahoma Board of Education*
*TERMINATED: 01/12/2024*

represented by **Audrey A Weaver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Garry M Gaskins , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyle Peppler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Patrick Flanagan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zachary P West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gentner Drummond**
*in his official capacity as Oklahoma*
*Attorney General*
*TERMINATED: 01/12/2024*

represented by **Audrey A Weaver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Garry M Gaskins , II**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Kyle Peppler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Patrick Flanagan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zachary P West**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Independent School District No 40 of Cleveland County Oklahoma**
*also known as*
Noble Public Schools

represented by   **Adam T Heavin**
Rosenstein Fist & Ringold
525 S Main St
Suite 700
Tulsa, OK 74103
918–585–9211
Email: adamheavin@rfrlaw.com
*ATTORNEY TO BE NOTICED*

**Alison A Parker**
Rosenstein, Fist & Ringold
525 S. Main
Ste 700
Tulsa, OK 74103
918–585–9211
Fax: 918–599–9317
Email: aparker@rfrlaw.com
*ATTORNEY TO BE NOTICED*

**Kent B Rainey**
Rosenstein Fist & Ringold
525 S Main St
Suite 700
Tulsa, OK 74103
918–585–9211
Fax: 918–583–5617
Email: borainey@rfrlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Independent School District No 2 of Cleveland County Oklahoma**
*also known as*
Moore Public Schools

represented by   **Adam T Heavin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alison A Parker**
(See above for address)

ATTORNEY TO BE NOTICED

**Kent B Rainey**
(See above for address)
ATTORNEY TO BE NOTICED

**Defendant**

**Independent School District No 89 of
Oklahoma County Oklahoma**
*also known as*
Oklahoma City Public Schools

represented by  **Laura L Holmes**
The Center for Education Law
900 N Broadway Ave
Suite 300
Oklahoma City, OK 73102
405−528−2800
Fax: 405−528−5800
Email: lholmes@cfel.com
ATTORNEY TO BE NOTICED

**Laura L Holmgren−Ganz**
The Center for Education Law
900 N Broadway Ave
Suite 300
Oklahoma City, OK 73102
405−528−2800
Fax: 405−528−2800
Email: lganz@cfel.com
ATTORNEY TO BE NOTICED

**Defendant**

**Harding Independence Charter
District Inc**

represented by  **Laura L Holmgren−Ganz**
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Laura L Holmes**
(See above for address)
ATTORNEY TO BE NOTICED

**Defendant**

**Zach Archer**
*official capacity as member of the
Oklahoma Board of Education
TERMINATED: 01/12/2024*

represented by  **Audrey A Weaver**
(See above for address)
ATTORNEY TO BE NOTICED

**Garry M Gaskins , II**
(See above for address)
ATTORNEY TO BE NOTICED

**Kyle Peppler**
(See above for address)
ATTORNEY TO BE NOTICED

**William Patrick Flanagan**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Zachary P West**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/06/2022 | 1 | COMPLAINT against Brian Bobek, Carlisha Bradley, Harding Independence Charter District Inc, Estela Hernandez, Joy Hofmeister, Independent School District No 2 of Cleveland County Oklahoma, Independent School District No 40 of Cleveland County Oklahoma, Independent School District No 89 of Oklahoma County Oklahoma, Sarah Lepak, Jennifer Monies, John O'Connor, Oklahoma State Department of Education, Trent Smith filed by Aysha Prather, Eli Bridge, Sue Stiles, Max Miles, Mia Miles, Steve Stiles. (Attachments: # 1 Civil Cover Sheet)(rr) (Entered: 09/06/2022) |
| 09/06/2022 | 2 | Summons Issued Electronically as to Brian Bobek, Carlisha Bradley, Harding Independence Charter District Inc, Estela Hernandez, Joy Hofmeister, Independent School District No 2 of Cleveland County Oklahoma, Independent School District No 40 of Cleveland County Oklahoma, Independent School District No 89 of Oklahoma County Oklahoma, Sarah Lepak, Jennifer Monies, John O'Connor, Oklahoma State Department of Education, Trent Smith. (rr) (Entered: 09/06/2022) |
| 09/06/2022 | | PAYMENT FOR A CIVIL CASE Filing fee $ 402, receipt number AOKWDC−3985997. (Lambert, Megan) (Entered: 09/06/2022) |
| 09/06/2022 | 3 | ENTRY of Appearance by Megan E Lambert on behalf of All Plaintiffs (Lambert, Megan) Modified on 9/7/2022 to flatten document (rr). (Entered: 09/06/2022) |
| 09/06/2022 | 4 | MOTION for Leave *to Proceed Pseudonymously* by All Plaintiffs. (Lambert, Megan) (Entered: 09/06/2022) |
| 09/06/2022 | 5 | MOTION for Leave to Appear Pro Hac Vice *for Jon Davidson* Filing fee $ 50, receipt number AOKWDC−3986038 by All Plaintiffs. (Attachments: # 1 Exhibit 1 − PHV Application)(Lambert, Megan) Modified on 9/7/2022 to flatten document(rr). (Entered: 09/06/2022) |
| 09/06/2022 | 6 | MOTION for Leave to Appear Pro Hac Vice *for Paul Castillo* Filing fee $ 50, receipt number AOKWDC−3986039 by All Plaintiffs. (Attachments: # 1 Exhibit 1 − PHV Application)(Lambert, Megan) Modified on 9/7/2022 to flatten document (rr). (Entered: 09/06/2022) |
| 09/06/2022 | 7 | MOTION for Leave to Appear Pro Hac Vice *for Nicholas Guillory* Filing fee $ 50, receipt number AOKWDC−3986040 by All Plaintiffs. (Attachments: # 1 Exhibit 1 − PHV Application)(Lambert, Megan) Modified on 9/7/2022 to flatten document(rr). (Entered: 09/06/2022) |
| 09/06/2022 | 8 | MOTION for Leave to Appear Pro Hac Vice *for Mitchell Kamin* Filing fee $ 50, receipt number AOKWDC−3986041 by All Plaintiffs. (Attachments: # 1 Exhibit 1 − PHV Application)(Lambert, Megan) Modified on 9/7/2022 to flatten document (rr). (Entered: 09/06/2022) |
| 09/06/2022 | 9 | |

| | | |
|---|---|---|
| | | MOTION for Leave to Appear Pro Hac Vice *for Isaac Chaput* Filing fee $ 50, receipt number AOKWDC–3986042 by All Plaintiffs. (Attachments: # 1 Exhibit 1 – PHV Application)(Lambert, Megan) . Modified on 9/7/2022 to flatten document (rr). (Entered: 09/06/2022) |
| 09/08/2022 | 10 | **ORDER** granting 5 Motion to Appear Pro Hac Vice ; granting 6 Motion to Appear Pro Hac Vice ; granting 7 Motion to Appear Pro Hac Vice ; granting 8 Motion to Appear Pro Hac Vice ; granting 9 Motion to Appear Pro Hac Vice. Counsel must register to e–file with this Court and electronically file an entry of appearance consistent with LCvR83.2(g) and LCvR83.4. Signed by Judge Jodi W. Dishman on 09/08/2022. (nv) (Entered: 09/08/2022) |
| 09/12/2022 | 11 | **TEMPORARY ORDER ALLOWING PSEUDONYM LITIGATION** provisionally granting 4 Motion for Leave to Proceed Pseudonymously as set forth in this Order. Signed by Judge Jodi W. Dishman on 09/12/2022. (nv) (Entered: 09/12/2022) |
| 09/14/2022 | 12 | **STRICKEN** ENTRY of Appearance by Jon Warren Davidson on behalf of All Plaintiffs (Davidson, Jon) (Entered: 09/14/2022) |
| 09/14/2022 | 13 | ENTRY of Appearance by Jon Warren Davidson on behalf of All Plaintiffs (Davidson, Jon) Modified on 9/15/2022 to flatten document (rr). (Entered: 09/14/2022) |
| 09/14/2022 | | NOTICE from the Court 12 Entry of Appearance, **STRICKEN**, as an amended and completed version was filed at Doc. No. 13 . (nv) (Entered: 09/14/2022) |
| 09/14/2022 | 14 | ENTRY of Appearance by Johanna F Roberts on behalf of All Plaintiffs (Roberts, Johanna) Modified on 9/15/2022 to flatten document (rr). (Entered: 09/14/2022) |
| 09/14/2022 | 15 | ENTRY of Appearance by Isaac D Chaput on behalf of All Plaintiffs (Chaput, Isaac) (Entered: 09/14/2022) |
| 09/15/2022 | 16 | ENTRY of Appearance by Mitchell Aaron Kamin on behalf of All Plaintiffs (Kamin, Mitchell) (Entered: 09/15/2022) |
| 09/15/2022 | 17 | ENTRY of Appearance by Paul David Castillo on behalf of All Plaintiffs (Castillo, Paul) (Entered: 09/15/2022) |
| 09/15/2022 | 18 | ENTRY of Appearance by Nicholas A Guillory on behalf of All Plaintiffs (Guillory, Nicholas) Modified on 9/15/2022 to flatten document (rr). (Entered: 09/15/2022) |
| 09/15/2022 | 19 | **STRICKEN** MOTION for Leave to Appear Pro Hac Vice *for Taylor Brown* Filing fee $ 50, receipt number AOKWDC–3993230 by All Plaintiffs. (Attachments: # 1 Exhibit 1 – PHV Application)(Lambert, Megan) Modified on 9/15/2022 to flatten document (rr). (Entered: 09/15/2022) |
| 09/16/2022 | 20 | SUMMONS Returned Executed by Aysha Prather, Eli Bridge, Sue Stiles, Max Miles, Mia Miles, Steve Stiles. All Defendants. (Lambert, Megan) (Entered: 09/16/2022) |
| 09/22/2022 | | NOTICE from the Court 19 MOTION for Leave to Appear Pro Hac Vice *for Taylor Brown* Filing fee $ 50, receipt number AOKWDC–3993230, **STRICKEN**. The Request for Admission Pro Hac Vice, paragraph 2 was not correctly answered. Counsel to refile and provide state bar membership number (not just the state). The filing fee **does not** need to be paid a second time. (nv) (Entered: 09/22/2022) |
| 09/22/2022 | 21 | |

| | | |
|---|---|---|
| | | MOTION for Leave to Appear Pro Hac Vice *for Taylor Brown* by All Plaintiffs. (Attachments: # 1 Exhibit 1 – PHV Application)(Lambert, Megan) Modified on 9/22/2022 to flatten document(rr). (Entered: 09/22/2022) |
| 09/23/2022 | 22 | **ORDER** granting 21 Motion to Appear Pro Hac Vice of Meredith Taylor Brown. Counsel must register to e–file with this Court and electronically file an entry of appearance consistent with LCvR83.2(g) and LCvR83.4. Signed by Judge Jodi W. Dishman on 09/23/2022. (nv) (Entered: 09/23/2022) |
| 09/26/2022 | 23 | ENTRY of Appearance by Meredith Taylor Brown on behalf of All Plaintiffs (Brown, Meredith) Modified on 9/26/2022 to flatten document(rr). (Entered: 09/26/2022) |
| 09/29/2022 | 24 | MOTION for Preliminary Injunction by All Plaintiffs. (Attachments: # 1 Attachment 1 – Bridge Decl., # 2 Attachment 2 – Prather Decl., # 3 Attachment 3 – Miles Decl., # 4 Attachment 4 – Mia Miles Decl., # 5 Attachment 5 – Stiles Decl., # 6 Attachment 6 – Sue Stiles Decl., # 7 Attachment 7 – Budge Decl., # 8 Attachment 8 – Kamin Decl.)(Kamin, Mitchell) (Entered: 09/29/2022) |
| 09/29/2022 | 25 | MOTION for Order *on Plaintiff's Motion for Judicial Notice* by All Plaintiffs. (Kamin, Mitchell) (Entered: 09/29/2022) |
| 10/03/2022 | 26 | ENTRY of Appearance by Laura L Holmes on behalf of Harding Independence Charter District Inc, Independent School District No 89 of Oklahoma County Oklahoma (Holmes, Laura) (Entered: 10/03/2022) |
| 10/04/2022 | 27 | ENTRY of Appearance by Audrey A Weaver on behalf of Brian Bobek, Carlisha Bradley, Estela Hernandez, Joy Hofmeister, Sarah Lepak, Jennifer Monies, John O'Connor, Oklahoma State Department of Education, Trent Smith (Weaver, Audrey) (Entered: 10/04/2022) |
| 10/04/2022 | 28 | MOTION for Extension of Time *FOR DEFENDANTS 1–9 TO RESPOND TO PLAINTIFFS COMPLAINT [DOC. 1], MOTION FOR PRELIMINARY INJUNCTION [DOC. 24], AND MOTION FOR JUDICIAL NOTICE [DOC. 25]* by Brian Bobek, Carlisha Bradley, Estela Hernandez, Joy Hofmeister, Sarah Lepak, Jennifer Monies, John O'Connor, Oklahoma State Department of Education, Trent Smith. (Weaver, Audrey) (Entered: 10/04/2022) |
| 10/04/2022 | 29 | ENTRY of Appearance by Laura L Holmgren–Ganz on behalf of Independent School District No 89 of Oklahoma County Oklahoma and Harding Independence Charter District Inc(Holmgren–Ganz, Laura) Modified on 10/4/2022 to reflect parties represented by counsel (rr). (Entered: 10/04/2022) |
| 10/04/2022 | 30 | ENTRY of Appearance by Zachary P West on behalf of Brian Bobek, Carlisha Bradley, Estela Hernandez, Joy Hofmeister, Sarah Lepak, Jennifer Monies, John O'Connor, Oklahoma State Department of Education, Trent Smith (West, Zachary) (Entered: 10/04/2022) |
| 10/05/2022 | 31 | **ORDER** granting in part and denying in part 28 Motion for Extension of Time to File. State Defendants shall file their answers, motions, or other responses to 1 Plaintiffs' Complaint for Declaratory Judgment, Injunctive, and Other Relief on or before October 26, 2022. The Motion is otherwise DENIED without prejudice to resubmission. Counsel for all parties are reminded that, absent an emergency, requests for extension of time should be filed at least 48 hours in advance of the deadline.. Signed by Judge Jodi W. Dishman on 10/05/2022. (nv) (Entered: 10/05/2022) |
| 10/05/2022 | 32 | |

| | | ANSWER to Complaint by Independent School District No 89 of Oklahoma County Oklahoma.(Holmes, Laura) (Entered: 10/05/2022) |
|---|---|---|
| 10/05/2022 | 33 | ANSWER to Complaint by Harding Independence Charter District Inc.(Holmes, Laura) (Entered: 10/05/2022) |
| 10/06/2022 | 34 | ENTRY of Appearance by Adam T Heavin on behalf of Independent School District No 40 of Cleveland County Oklahoma (Heavin, Adam) (Entered: 10/06/2022) |
| 10/06/2022 | 35 | ANSWER to Complaint by Independent School District No 40 of Cleveland County Oklahoma.(Heavin, Adam) (Entered: 10/06/2022) |
| 10/06/2022 | 36 | ENTRY of Appearance by Kent B Rainey on behalf of Independent School District No 40 of Cleveland County Oklahoma (Rainey, Kent) (Entered: 10/06/2022) |
| 10/06/2022 | 37 | ENTRY of Appearance by Alison A Verret on behalf of Independent School District No 40 of Cleveland County Oklahoma (Verret, Alison) (Entered: 10/06/2022) |
| 10/06/2022 | 38 | ENTRY of Appearance by Kent B Rainey on behalf of Independent School District No 2 of Cleveland County Oklahoma (Rainey, Kent) (Entered: 10/06/2022) |
| 10/06/2022 | 39 | ANSWER to Complaint by Independent School District No 2 of Cleveland County Oklahoma.(Rainey, Kent) (Entered: 10/06/2022) |
| 10/06/2022 | 40 | ENTRY of Appearance by Alison A Verret on behalf of Independent School District No 2 of Cleveland County Oklahoma (Verret, Alison) (Entered: 10/06/2022) |
| 10/06/2022 | 41 | ENTRY of Appearance by Adam T Heavin on behalf of Independent School District No 2 of Cleveland County Oklahoma (Heavin, Adam) (Entered: 10/06/2022) |
| 10/07/2022 | 42 | UNOPPOSED MOTION to Withdraw as Attorney *Nicholas Guillory* by All Plaintiffs. (Guillory, Nicholas) (Entered: 10/07/2022) |
| 10/13/2022 | 43 | CERTIFICATE OF SERVICE by Plaintiffs Eli Bridge, Max Miles, Mia Miles, Aysha Prather, Steve Stiles, Sue Stiles re 25 MOTION for Order *on Plaintiff's Motion for Judicial Notice*, 16 Entry of Appearance, 24 MOTION for Preliminary Injunction , 9 MOTION for Leave to Appear Pro Hac Vice *for Isaac Chaput* Filing fee $ 50, receipt number AOKWDC−3986042, 21 MOTION for Leave to Appear Pro Hac Vice *for Taylor Brown*, 15 Entry of Appearance, 8 MOTION for Leave to Appear Pro Hac Vice *for Mitchell Kamin* Filing fee $ 50, receipt number AOKWDC−3986041, 23 Entry of Appearance, 14 Entry of Appearance, 18 Entry of Appearance, 7 MOTION for Leave to Appear Pro Hac Vice *for Nicholas Guillory* Filing fee $ 50, receipt number AOKWDC−3986040, 17 Entry of Appearance, 13 Entry of Appearance, 5 MOTION for Leave to Appear Pro Hac Vice *for Jon Davidson* Filing fee $ 50, receipt number AOKWDC−3986038, 6 MOTION for Leave to Appear Pro Hac Vice *for Paul Castillo* Filing fee $ 50, receipt number AOKWDC−3986039 (Roberts, Johanna) (Entered: 10/13/2022) |
| 10/20/2022 | 44 | **ORDER** granting 42 Motion to Withdraw as Attorney. Attorney Nicholas A Guillory terminated. Signed by Judge Jodi W. Dishman on 10/20/2022. (nv) (Entered: 10/20/2022) |
| 10/24/2022 | 45 | **STRICKEN**. MOTION for Leave *to Proceed Pseudonymously* by All Plaintiffs. (Roberts, Johanna) (Entered: 10/24/2022) |
| 10/25/2022 | 46 | AMENDED MOTION for Leave *to Proceed Pseudonymously* by All Plaintiffs. (Attachments: # 1 Exhibit 1 – Original Motion to Proceed Pseudonymously)(Roberts, |

| | | Johanna) (Entered: 10/25/2022) |
|---|---|---|
| 10/25/2022 | | NOTICE from the Court 45 MOTION for Leave *to Proceed Pseudonymously*, **STRICKEN** as an amended version was filed at Doc. No. 46 (rr) (Entered: 10/25/2022) |
| 10/26/2022 | 47 | MOTION to Dismiss by Brian Bobek, Carlisha Bradley, Estela Hernandez, Joy Hofmeister, Sarah Lepak, Jennifer Monies, John O'Connor, Oklahoma State Department of Education, Trent Smith. (Weaver, Audrey) (Entered: 10/26/2022) |
| 11/01/2022 | 48 | ENTRY of Appearance by Kyle Peppler on behalf of Brian Bobek, Carlisha Bradley, Estela Hernandez, Joy Hofmeister, Sarah Lepak, Jennifer Monies, John O'Connor, Oklahoma State Department of Education, Trent Smith (Peppler, Kyle) (Entered: 11/01/2022) |
| 11/02/2022 | 49 | UNOPPOSED MOTION for Extension of Time by All Defendants. (West, Zachary) (Entered: 11/02/2022) |
| 11/07/2022 | 50 | **ORDER** granting in part and denying in part 49 Motion for Extension of Time to File. Defendants shall file their response to Plaintiffs' Motion for Preliminary Injunction [Doc. No. 24] on or before November 16, 2022. The Motion is otherwise DENIED without prejudice to resubmission. Signed by Judge Jodi W. Dishman on 11/07/2022. (nv) (Entered: 11/07/2022) |
| 11/14/2022 | 51 | RESPONSE in Opposition re 46 AMENDED MOTION for Leave *to Proceed Pseudonymously* filed by Brian Bobek, Carlisha Bradley, Estela Hernandez, Joy Hofmeister, Sarah Lepak, Jennifer Monies, John O'Connor, Oklahoma State Department of Education, Trent Smith. (Flanagan, William) (Entered: 11/14/2022) |
| 11/16/2022 | 52 | RESPONSE to Motion re 24 MOTION for Preliminary Injunction filed by Harding Independence Charter District Inc, Independent School District No 2 of Cleveland County Oklahoma, Independent School District No 40 of Cleveland County Oklahoma. (Attachments: # 1 Exhibit Ex. 1 Stefanick Affidavit, # 2 Exhibit Ex. 2 Solomon Declaration, # 3 Exhibit Ex. 3 Romines Declaration)(Rainey, Kent) (Entered: 11/16/2022) |
| 11/16/2022 | 53 | RESPONSE in Opposition re 47 MOTION to Dismiss filed by All Plaintiffs. (Chaput, Isaac) (Entered: 11/16/2022) |
| 11/16/2022 | 54 | RESPONSE in Opposition re 24 MOTION for Preliminary Injunction filed by Brian Bobek, Carlisha Bradley, Estela Hernandez, Joy Hofmeister, Sarah Lepak, Jennifer Monies, John O'Connor, Oklahoma State Department of Education, Trent Smith. (Attachments: # 1 Exhibit 1 – Declaration of Delicia Timmons, # 2 Exhibit 2 – Declaration of R.A., # 3 Exhibit 3 – Declaration of Julia Ray, # 4 Exhibit 4 – Expert Declaration of Kim Davis, # 5 Exhibit 5 – Expert Report of Dr. Debra W. Soh, PhD, # 6 Exhibit 6 – Expert Report of Dr. James Cantor, PhD)(Weaver, Audrey) (Entered: 11/16/2022) |
| 11/17/2022 | 55 | MOTION for Extension of Time *to File Reply to Defendants' Response to Plaintiffs' Motion for Preliminary Injunction [ECF No. 24]* by All Plaintiffs. (Chaput, Isaac) (Entered: 11/17/2022) |
| 11/17/2022 | 56 | ENTRY of Appearance by William P Flanagan on behalf of Brian Bobek, Carlisha Bradley, Estela Hernandez, Joy Hofmeister, Sarah Lepak, Jennifer Monies, John O'Connor, Oklahoma State Department of Education, Trent Smith (Flanagan, William) (Entered: 11/17/2022) |

| | | |
|---|---|---|
| 11/18/2022 | 57 | UNOPPOSED MOTION for Extension of Time by Brian Bobek, Carlisha Bradley, Estela Hernandez, Joy Hofmeister, Sarah Lepak, Jennifer Monies, John O'Connor, Oklahoma State Department of Education, Trent Smith. (West, Zachary) (Entered: 11/18/2022) |
| 11/18/2022 | 58 | MOTION for Leave *to Maintain Filed Parent Declaration Under Initials* by Brian Bobek, Carlisha Bradley, Estela Hernandez, Joy Hofmeister, Sarah Lepak, Jennifer Monies, John O'Connor, Oklahoma State Department of Education, Trent Smith. (West, Zachary) (Entered: 11/18/2022) |
| 11/18/2022 | 59 | **ORDER** granting 55 Motion for Extension of Time to File. Plaintiffs shall file their consolidated reply brief, not to exceed twenty pages, on or before December 2, 2022. Signed by Judge Jodi W. Dishman on 11/18/2022. (nv) (Entered: 11/18/2022) |
| 11/18/2022 | 60 | **ORDER** granting 57 Motion for Extension of Time to File. State Defendants shall file their reply to Plaintiffs' Opposition to State Defendants' Motion to Dismiss [Doc. No. 53] on or before December 2, 2022. Signed by Judge Jodi W. Dishman on 11/18/2022. (nv) (Entered: 11/18/2022) |
| 11/21/2022 | 61 | REPLY by Plaintiffs Eli Bridge, Max Miles, Mia Miles, Aysha Prather, Steve Stiles, Sue Stiles re 46 AMENDED MOTION for Leave *to Proceed Pseudonymously* filed by All Plaintiffs. (Chaput, Isaac) (Entered: 11/21/2022) |
| 12/02/2022 | 62 | REPLY by Plaintiffs Eli Bridge, Max Miles, Mia Miles, Aysha Prather, Steve Stiles, Sue Stiles re 24 MOTION for Preliminary Injunction filed by All Plaintiffs. (Attachments: # 1 Attachment No. 1 – Supplemental Declaration of Sue Stiles, # 2 Attachment No. 2 – Supplemental Declaration of Stephanie L. Budge, Ph.D., # 3 Attachment No. 3 – Declaration of Isaac D. Chaput)(Chaput, Isaac) (Entered: 12/02/2022) |
| 12/02/2022 | 63 | REPLY by Defendants Brian Bobek, Carlisha Bradley, Estela Hernandez, Joy Hofmeister, Sarah Lepak, Jennifer Monies, John O'Connor, Oklahoma State Department of Education, Trent Smith re 53 Response in Opposition to Motion *to Dismiss* filed by Brian Bobek, Carlisha Bradley, Estela Hernandez, Joy Hofmeister, Sarah Lepak, Jennifer Monies, John O'Connor, Oklahoma State Department of Education, Trent Smith. (Weaver, Audrey) (Entered: 12/02/2022) |
| 12/07/2022 | 64 | MOTION to Strike 62 Reply, *Affidavits in Support of Motion for Preliminary Injunction or, in the Alternative, Motion to File Surreply* by Brian Bobek, Carlisha Bradley, Estela Hernandez, Joy Hofmeister, Sarah Lepak, Jennifer Monies, John O'Connor, Oklahoma State Department of Education, Trent Smith. (Weaver, Audrey) (Entered: 12/07/2022) |
| 12/07/2022 | 65 | **ORDER SETTING EXPEDITED BRIEFING**. Before the Court is 64 State Defendants' Motion to Strike Plaintiffs' Reply Affidavits in Support of Motion for Preliminary Injunction or, in the Alternative, Motion to File Surreply. Under LCvR7.1(g), this matter is set for expedited briefing. Any response brief by Plaintiffs shall be limited to seven pages and must be filed on or before Wednesday, December 14, 2022, at 5:00 p.m. No reply will be permitted. If the issues described above are resolved by agreement at any time, counsel shall immediately notify the Court. Signed by Judge Jodi W. Dishman on 12/07/2022. (nv) (Entered: 12/07/2022) |
| 12/14/2022 | 66 | RESPONSE in Opposition re 64 MOTION to Strike 62 Reply, *Affidavits in Support of Motion for Preliminary Injunction or, in the Alternative, Motion to File Surreply* filed by All Plaintiffs. (Chaput, Isaac) (Entered: 12/14/2022) |

| 12/20/2022 | 67 | **ORDER** granting in part and denying in part 64 Motion to Strike 64 MOTION to Strike 62 Reply, *Affidavits in Support of Motion for Preliminary Injunction or, in the Alternative, Motion to File Surreply*. IT IS FURTHER ORDERED that State Defendants may file a limited surreply as set forth herein by Friday, January 6, 2023. The surreply shall not exceed 20 pages. Signed by Judge Jodi W. Dishman on 12/20/22. (rr) (Entered: 12/20/2022) |
| --- | --- | --- |
| 01/05/2023 | 68 | **ORDER** re 47 MOTION to Dismiss filed by Sarah Lepak, Brian Bobek, Carlisha Bradley, Estela Hernandez, Trent Smith, Oklahoma State Department of Education, John O'Connor, Joy Hofmeister, Jennifer Monies. The parties may file supplemental briefs in response to this Order related solely to the topics mentioned above on or before Monday, February 6, 2023. The supplemental briefs shall not exceed 20 pages. Signed by Judge Jodi W. Dishman on 01/05/2023. (nv) (Entered: 01/05/2023) |
| 01/06/2023 | 69 | SURREPLY re 62 Reply, filed by Brian Bobek, Carlisha Bradley, Estela Hernandez, Joy Hofmeister, Sarah Lepak, Jennifer Monies, John O'Connor, Oklahoma State Department of Education, Trent Smith. (Attachments: # 1 Exhibit 1 – Supp. Decl. of Dr. Cantor PhD (FINAL), # 2 Exhibit 2 – Expert Decl and Report of Kenneth Lanning (Reduced), # 3 Exhibit 3 – Expert Opinion of Sheriff Tim Hutchison (Retired), # 4 Exhibit 4 – Supp. Decl. of Kim Davis (FINAL))(Weaver, Audrey) (Entered: 01/06/2023) |
| 01/11/2023 | 70 | MOTION to Withdraw as Attorney by All Plaintiffs. (Roberts, Johanna) (Entered: 01/11/2023) |
| 01/27/2023 | 71 | **ORDER** granting 70 Motion to Withdraw as Attorney. Attorney Johanna F Roberts terminated. Signed by Judge Jodi W. Dishman on 01/27/2023. (nv) (Entered: 01/27/2023) |
| 02/03/2023 | 72 | RESPONSE to Motion re 24 MOTION for Preliminary Injunction filed by Harding Independence Charter District Inc, Independent School District No 2 of Cleveland County Oklahoma, Independent School District No 40 of Cleveland County Oklahoma. (Holmgren–Ganz, Laura) (Entered: 02/03/2023) |
| 02/06/2023 | 73 | MEMORANDUM in Support re 24 MOTION for Preliminary Injunction filed by All Plaintiffs. (Chaput, Isaac) (Entered: 02/06/2023) |
| 02/06/2023 | 74 | SUPPLEMENT re 47 MOTION to Dismiss by Brian Bobek, Carlisha Bradley, Estela Hernandez, Joy Hofmeister, Sarah Lepak, Jennifer Monies, John O'Connor, Oklahoma State Department of Education, Trent Smith. (West, Zachary) (Entered: 02/06/2023) |
| 06/16/2023 | 75 | **STRICKEN** SUPPLEMENT re 24 MOTION for Preliminary Injunction by All Plaintiffs. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Chaput, Isaac) (Entered: 06/16/2023) |
| 06/16/2023 | 76 | **STRICKEN** NOTICE (other) by All Plaintiffs (Chaput, Isaac) (Entered: 06/16/2023) |
| 06/16/2023 | | NOTICE from the Court, the 75 Supplement is **STRICKEN** for counsel's failure to comply with this Court's CM–ECF Policies and Procedures Manual, Section II(A)(4)(a). Specifically, a description of the exhibit must be provided in the docket entry. Counsel to refile within 24 hours from this Notice. The filing should not differ in substance apart from addressing the deficiencies raised in this Notice. (nv) (Entered: 06/16/2023) |
| 06/16/2023 | 77 | |

|  |  |  |
|---|---|---|
|  |  | **STRICKEN** SUPPLEMENT re 24 MOTION for Preliminary Injunction by All Plaintiffs. (Attachments: # 1 Exhibit Exhibit 1 – Doe v. Ladapo – 2023 WL 3833848, # 2 Exhibit Exhibit 2 – Fowler v. Stitt, 2023 WL 4010694, # 3 Exhibit Exhibit 3 – Poe v. Drummond, Statement of Interest of the United States, # 4 Exhibit Exhibit 4 – Grabowski v. Board of Regents, 2023 WL 3961123)(Chaput, Isaac) (Entered: 06/16/2023) |
| 06/20/2023 | 78 | **ORDER**. The 76 Notice and 77 Letter, filed by Aysha Prather, Mia Miles, Max Miles, Eli Bridge, Sue Stiles, Steve Stiles are STRICKEN. *See* Order for all details. Signed by Judge Jodi W. Dishman on 6/20/2023. (nv) (Entered: 06/20/2023) |
| 06/21/2023 | 79 | SUPPLEMENT re 24 MOTION for Preliminary Injunction *Amended Notice of Suppl. Authority* by All Plaintiffs. (Attachments: # 1 Exhibit 1 – Doe v Ladapo, 2023 WL 3833848, # 2 Exhibit 2 – Fowler v Stitt, 2023 WL 4010694, # 3 Exhibit 3 – Poe v Drummond Statement of Interest of the United States, # 4 Exhibit 4 – Grabowski v Board of Regents, 2023 WL 3961123, # 5 Exhibit 5 – KC v. Individual Members of the Med. Licensing Bd. of Ind., 2023 WL 4054086, # 6 Exhibit 6 – Brandt v. Rutledge, 2023 WL 4073727)(Chaput, Isaac) (Entered: 06/21/2023) |
| 06/29/2023 | 80 | SUPPLEMENT re 24 MOTION for Preliminary Injunction by All Plaintiffs. (Attachments: # 1 Exhibit 1 – L.W. v. Skrmetti, 2023 WL 4232308, # 2 Exhibit 2 – Doe v. Thornbury, 2023 WL 4230481)(Chaput, Isaac) (Entered: 06/29/2023) |
| 07/07/2023 | 81 | MOTION to Strike 79 Supplement,, by Brian Bobek, Carlisha Bradley, Estela Hernandez, Joy Hofmeister, Sarah Lepak, Jennifer Monies, John O'Connor, Oklahoma State Department of Education, Trent Smith. (Weaver, Audrey) (Entered: 07/07/2023) |
| 07/07/2023 | 82 | **ENTER ORDER** The Court orders expedited briefing on responses to the State Defendants' 81 Motion to Strike Plaintiffs' Amended Notice of Supplemental Authority. Any party who opposes or who has not indicated a position shall file within 7 days of this Order any response brief it wishes to file. No reply will be permitted. Entered at the direction of Judge Jodi W. Dishman on 7/7/2023. (nv) (Entered: 07/07/2023) |
| 07/14/2023 | 83 | RESPONSE in Opposition re 81 MOTION to Strike 79 Supplement,, filed by All Plaintiffs. (Chaput, Isaac) (Entered: 07/14/2023) |
| 08/03/2023 | 84 | MOTION to Withdraw as Attorney *for Mitchell A. Kamin* by All Plaintiffs. (Kamin, Mitchell) (Entered: 08/03/2023) |
| 08/03/2023 | 85 | SUPPLEMENT re 24 MOTION for Preliminary Injunction by All Plaintiffs. (Attachments: # 1 Exhibit 1 – AC by MC v Metropolitan School District of Martinsville, 2023 WL 4881915 (7th Cir. Aug. 1, 2023)(Chaput, Isaac) (Entered: 08/03/2023) |
| 08/10/2023 | 86 | **ORDER** granting 84 Motion to Withdraw as Attorney. Attorney Mitchell Aaron Kamin terminated. Signed by Judge Jodi W. Dishman on 8/10/2023. (nv) (Entered: 08/10/2023) |
| 08/14/2023 | 87 | **ORDER** granting in part and denying in part 81 Motion to Strike. State Defendants' may file as a notice of supplemental authority the States response to the United States' Statement of Interest in Poe within 7 days of this Order. Any such notice should not contain argument. Signed by Judge Jodi W. Dishman on 8/14/2023. (nv) (Entered: 08/14/2023) |

| 08/17/2023 | 88 | SUPPLEMENT re 47 MOTION to Dismiss , 54 Response in Opposition to Motion,, by Brian Bobek, Carlisha Bradley, Estela Hernandez, Joy Hofmeister, Sarah Lepak, Jennifer Monies, John O'Connor, Oklahoma State Department of Education, Trent Smith. (Attachments: # 1 Attachment State of Oklahoma's Response to the US' SOI)(West, Zachary) (Entered: 08/17/2023) |
| --- | --- | --- |
| 08/22/2023 | 89 | SUPPLEMENT re 46 AMENDED MOTION for Leave *to Proceed Pseudonymously* by All Plaintiffs. (Attachments: # 1 Exhibit 1 – Poe v. Drummond, 2023 WL 4560820 (N.D. Okla. July 17, 2023))(Chaput, Isaac) (Entered: 08/22/2023) |
| 09/29/2023 | 90 | **ENTER ORDER.** The Court ORDERS the parties to confer and file a motion to substitute any defendant who should be substituted under Federal Rules of Civil Procedure 25(d) and 17(d). The motion shall be filed within fourteen (14) days of this Order, or by October 13, 2023, and a proposed order shall be submitted to the Court via the Court's designated mailbox: dishman–orders@okwd.uscourts.gov. Entered at the direction of Judge Jodi W. Dishman on 9/29/2023. (nv) (Entered: 09/29/2023) |
| 10/10/2023 | 91 | JOINT MOTION to Substitute Party *and Amend Caption* by All Plaintiffs. (Attachments: # 1 Attachment Declaration of Isaac D. Chaput in Support)(Chaput, Isaac) (Entered: 10/10/2023) |
| 10/12/2023 | 92 | **ORDER** granting 91 Motion to Substitute Party. Filings in violation of this Order will be stricken. Signed by Judge Jodi W. Dishman on 10/12/2023. (nv) (Entered: 10/12/2023) |
| 10/13/2023 | 93 | ENTRY of Appearance by Garry M Gaskins, II on behalf of Donald Burdick, Gentner Drummond, Sarah Lepak, Oklahoma State Department of Education, Katie Quebedeaux, Suzanne Reynolds, Trent Smith, Ryan Walters, Kendra Wesson (Gaskins, Garry) (Entered: 10/13/2023) |
| 10/26/2023 | 94 | UNOPPOSED MOTION for Hearing by All Plaintiffs. (Lambert, Megan) (Entered: 10/26/2023) |
| 11/03/2023 | 95 | MOTION to Withdraw as Attorney *for Taylor Flynn* by All Plaintiffs. (Attachments: # 1 Attachment Proposed Order Granting Motion to Withdraw)(Chaput, Isaac) (Entered: 11/03/2023) |
| 11/07/2023 | 96 | **ORDER** granting 94 Motion for Status Conference. The Court sets the parties for a telephonic status conference on Wednesday, December 13, 2023, at 3:30 p.m. Signed by Judge Jodi W. Dishman on 11/07/2023. (nv) (Entered: 11/07/2023) |
| 11/07/2023 |  | Set/Reset Hearings: Telephonic Status Conference set for 12/13/2023 03:30 PM before Judge Jodi W. Dishman. (nv) (Entered: 11/07/2023) |
| 11/08/2023 |  | NOTICE from the Court 95 MOTION to Withdraw as Attorney *for Taylor Flynn* is **STRICKEN**. Upon review of the case docket, the Court notes there is no Entry of Appearance or any record of a Taylor Flynn in this case. (nv) (Entered: 11/08/2023) |
| 11/08/2023 | 97 | MOTION for Leave to Appear Pro Hac Vice *of Robert C. Gianchetti* Filing fee $ 100, receipt number AOKWDC–4290922 by All Plaintiffs. (Attachments: # 1 Exhibit 1 – Request for Admission PHV of Gianchetti)(Lambert, Megan) Attachment 1 replaced on 11/9/2023. Document flattened to optimize CM/ECF display; no other changes made (rp). (Entered: 11/08/2023) |
| 11/09/2023 | 98 | MOTION to Withdraw as Attorney *for Meredith Taylor Brown* by All Plaintiffs. (Chaput, Isaac) (Entered: 11/09/2023) |

| 11/13/2023 | 99 | **ORDER** granting 97 Motion to Appear Pro Hac Vice of Robert C. Gianchetti. Signed by Judge Jodi W. Dishman on 11/13/2023. (nv) (Entered: 11/13/2023) |
|---|---|---|
| 11/13/2023 | 100 | **ORDER** granting 98 Motion to Withdraw as Attorney. Attorney Meredith Taylor Brown terminated. Signed by Judge Jodi W. Dishman on 11/13/2023. (nv) (Entered: 11/13/2023) |
| 11/15/2023 | 101 | ENTRY of Appearance by Robert Gianchetti on behalf of All Plaintiffs (Gianchetti, Robert) Main Document 101 replaced on 11/17/2023. Document flattened to optimize CM/ECF display; no other changes made (rp). (Entered: 11/15/2023) |
| 11/15/2023 | 102 | MOTION to Substitute Party by Donald Burdick, Gentner Drummond, Sarah Lepak, Oklahoma State Department of Education, Katie Quebedeaux, Suzanne Reynolds, Trent Smith, Ryan Walters, Kendra Wesson. (Weaver, Audrey) (Entered: 11/15/2023) |
| 11/30/2023 | 103 | ENTRY of Appearance by Devraat Awasthi on behalf of All Plaintiffs (Awasthi, Devraat) Main Document 103 replaced on 12/1/2023 . Document flattened to optimize CM/ECF display; no other changes made (rp). (Entered: 11/30/2023) |
| 12/13/2023 | 104 | Minute Entry for proceedings held before Judge Jodi W. Dishman: Telephonic Status Conference held on 12/13/2023. (nv) Modified on 12/13/2023 to correct date listed on minute ONLY (nv). (Entered: 12/13/2023) |
| 01/12/2024 | 105 | **ORDER** granting 102 Motion to Substitute Party. Following this Order, captions for all filings should reflect that Zach Archer is substituted in place of Defendant Suzanne Reynolds. Filings in violation of this Order will be stricken. Signed by Judge Jodi W. Dishman on 1/12/2024. (nv) (Entered: 01/12/2024) |
| 01/12/2024 | 106 | **ORDER** granting 46 Plaintiffs' Renewed Motion for Leave to Proceed Pseudonymously; granting 58 State Defendants' Motion for Leave to Maintain Filed Parent Declaration Under Initials. *See* Order for all details and deadline imposed by the Court. Signed by Judge Jodi W. Dishman on 1/12/2024. (nv) (Entered: 01/12/2024) |
| 01/12/2024 | 107 | **ORDER** granting 25 Plaintiffs' Motion for Judicial Notice; granting 47 State Defendants' Motion to Dismiss and dismissing 1 Plaintiffs' complaint as to the State Defendants with prejudice; and denying as moot 24 Plaintiffs' Motion for Preliminary Injunction as to the State Defendats. Signed by Judge Jodi W. Dishman on 1/12/2024. (nv) (Entered: 01/12/2024) |
| 01/12/2024 | 108 | **NOTICE TO ALL PARTIES AND COUNSEL**. The Court ORDERS counsel to file the Joint Status Report and Discovery Plan (now a single document) by February 16, 2024. (nv) (Entered: 01/12/2024) |
| 01/19/2024 | 109 | MOTION for Protective Order , MOTION for Leave *to Delay Notice* by All Plaintiffs. (Attachments: # 1 Exhibit 1 – Proposed Protective Order)(Awasthi, Devraat) (Entered: 01/19/2024) |
| 01/19/2024 | 110 | **ORDER** granting in part 109 Plaintiffs' Motion for Protective Order and for Leave to Delay Submission of a Notice Disclosing Legal Names, as fully set out in this Order. The Court ORDERS Defendants HICD and Oklahoma City Public Schools to file any opposition or response to the Motion for Protective Order by Tuesday, January 23, 2024. Signed by Judge Jodi W. Dishman on 1/19/2024. (nv) (Entered: 01/19/2024) |
| 01/22/2024 | 111 | **PROTECTIVE ORDER REGARDING PSEUDONYMS** granting 109 Motion for Protective Order. Signed by Judge Jodi W. Dishman on 1/22/2024. (nv) (Entered: |

| | | |
|---|---|---|
| | | 01/22/2024) |
| 01/25/2024 | <u>112</u> | (Document Restricted)SEALED DOCUMENT by Eli Bridge, Max Miles, Mia Miles, Aysha Prather, Steve Stiles, Sue Stiles (Awasthi, Devraat) (Entered: 01/25/2024) |
| 01/29/2024 | <u>113</u> | (Document Restricted)SEALED DOCUMENT by Donald Burdick, Gentner Drummond, Sarah Lepak, Oklahoma State Department of Education, Katie Quebedeaux, Suzanne Reynolds, Trent Smith, Ryan Walters, Kendra Wesson Re: <u>111</u> Order on Motion for Protective Order (Weaver, Audrey) (Entered: 01/29/2024) |
| 02/05/2024 | <u>114</u> | MOTION for Judgment on the Pleadings *and Brief in Support* by Harding Independence Charter District Inc, Independent School District No 2 of Cleveland County Oklahoma, Independent School District No 40 of Cleveland County Oklahoma, Independent School District No 89 of Oklahoma County Oklahoma. (Holmes, Laura) (Entered: 02/05/2024) |
| 02/06/2024 | <u>115</u> | **ENTER ORDER:** The joint status report and discovery plan deadline of February 16, 2024, is STRICKEN to be reset, if necessary, after the Courts ruling on School Defendants' Motion for Judgment on the Pleadings under Federal Rule of Civil Procedure 12(c) [Doc. No. 114], which was filed after the Courts Status/Scheduling Conference Docket [Doc. No. 108] and which is not yet fully briefed. Should the parties require a status or scheduling conference before it has been reset by the Court, they should file a motion requesting one. Signed by the direction of Judge Jodi W. Dishman on 02/06/24. (rp) (Entered: 02/06/2024) |
| 02/07/2024 | <u>116</u> | RESPONSE in Opposition re <u>114</u> MOTION for Judgment on the Pleadings *and Brief in Support* filed by All Plaintiffs. (Chaput, Isaac) (Entered: 02/07/2024) |
| 03/22/2024 | <u>117</u> | **ORDER** granting <u>114</u> Motion for Judgment on the Pleadings for the same reasons it granted the State Defendants Motion to Dismiss. *See* [Doc. No. 107]. Signed by Judge Jodi W. Dishman on 3/22/2024. (nv) (Entered: 03/22/2024) |
| 03/22/2024 | <u>118</u> | **JUDGMENT.** Under Federal Rule of Civil Procedure 58(a), and in accordance with the Court's Orders of January 12, 2024 [Doc. No. 107] and today [Doc. No. 117], the Court dismisses with prejudice Plaintiffs' action against Defendants. Signed by Judge Jodi W. Dishman on 3/2/2024. (nv) (Entered: 03/22/2024) |
| 04/19/2024 | <u>119</u> | NOTICE OF APPEAL as to <u>118</u> Judgment, by All Plaintiffs. Filing fee $ 605, receipt number AOKWDC–4413894. (Chaput, Isaac) (Entered: 04/19/2024) |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

ELI BRIDGE, on behalf of Andrew Bridge, a　　)
minor, by his next friends and parents, et al.,　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Plaintiffs,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　　)　　Case No. CIV-22-00787-JD
　　　　　　　　　　　　　　　　　　　　　　)
INDEPENDENT SCHOOL DISTRICT NO.　　)
40 OF CLEVELAND COUNTY,　　　　　　　)
OKLAHOMA, also known as Noble Public　)
Schools, et al.,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Defendants.　　　　　　)

## ORDER

On January 12, 2024, the Court granted the Motion to Dismiss filed by the State Defendants. [Doc. No. 107]. Now before the Court is the School Defendants' Motion for Judgment on the Pleadings [Doc. No. 114]. Plaintiffs responded [Doc. No. 116], and School Defendants did not reply.

The Court reviews a motion under Federal Rule of Civil Procedure 12(c) "'under the standard of review applicable to a Rule 12(b)(6) motion to dismiss.'" *Corder v. Lewis Palmer Sch. Dist. No. 38*, 566 F.3d 1219, 1223 (10th Cir. 2009) (quoting *Nelson v. State Farm Mut. Auto. Ins. Co.*, 419 F.3d 1117, 1119 (10th Cir. 2005)). In reviewing a motion to dismiss, the Court "'must look for the plausibility in the complaint.'" *Id.* (quoting *Teigen v. Renfrow*, 511 F.3d 1072, 1078 (10th Cir. 2007)).

Determining plausibility is a "context-specific task" that requires the judge to use her "experience and common sense." *Ashcroft v. Iqbal*, 556 U.S. 662, 679 (2009). The

concept of "plausibility" at the dismissal stage refers not to whether the allegations are likely to be true; rather, "[t]he question is whether, if the allegations are true, it is plausible and not merely possible that the plaintiff is entitled to relief under the relevant law." *Christy Sports, LLC v. Deer Valley Resort Co.*, 555 F.3d 1188, 1191–92 (10th Cir. 2009) (citing *Robbins v. Oklahoma*, 519 F.3d 1242, 1247 (10th Cir. 2008)).

The Court already determined that, under the relevant law and assuming the truth of their allegations, Plaintiffs are not entitled to relief against the State Defendants. Although they disagree with the Court's decision, Plaintiffs recognize that the reasoning of the Court's Order of January 12, 2024 "applies equally to Plaintiffs' claims against the School Defendants." [Doc. No. 116 at 2]. Therefore, the Court grants the School Defendants' Motion for the same reasons it granted the State Defendants' Motion to Dismiss. *See* [Doc. No. 107].

IT IS SO ORDERED this 22nd day of March 2024.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ELI BRIDGE, on behalf of Andrew Bridge, a minor, by his next friends and parents, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. CIV-22-00787-JD |
| OKLAHOMA STATE DEPARTMENT OF EDUCATION, et al., | ) ) ) |
| Defendants. | ) ) |

**JUDGMENT**

Under Federal Rule of Civil Procedure 58(a), and in accordance with the Court's

Orders of January 12, 2024 [Doc. No. 107] and today [Doc. No. 117], the Court dismisses

with prejudice Plaintiffs' action against Defendants.

IT IS SO ORDERED this 22nd day of March 2024.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Andrew Bridge, et al.,

 *Plaintiffs*,

    v.

Oklahoma State Department of
Education, et al.,

 *Defendants*.

Case No. CIV-22-787-JD

## <u>NOTICE OF APPEAL</u>

 Notice is given that Plaintiffs Andrew Bridge, Mark Miles, and Sarah Stiles, by and through their respective parents and next friends, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the March 22, 2024 Judgment issued by this Court dismissing Plaintiffs' action against all Defendants with prejudice (Doc. No. 118).

Dated: April 19, 2024

Respectfully submitted,

 /s/ Isaac D. Chaput
Isaac D. Chaput

Jon W. Davidson (*pro hac vice*)
(admitted only in California)
American Civil Liberties Union
Foundation
120 Broad Street, 18th Floor
New York, New York 10005-3919
Telephone: (323) 536-9880
Facsimile: (212) 809-0055
jondavidson@aclu.org

Paul D. Castillo (*pro hac vice*)
Lambda Legal Defense and
Education Fund, Inc.
3500 Oak Lawn Ave., Ste. 500
Dallas, Texas 75219
Telephone: (214) 219-8585
Facsimile: (214) 481-9140
pcastillo@lambdalegal.org

Megan Lambert (Bar Number 33216)
Devraat Awasthi (Bar Number 35544)
American Civil Liberties Union of
Oklahoma Foundation
PO Box 13327
Oklahoma City, OK 73113
Telephone: (405) 525-3831
mlambert@acluok.org
dawasthi@acluok.org

Isaac D. Chaput (*pro hac vice*)
Covington & Burling LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
ichaput@cov.com

Robert Gianchetti (*pro hac vice*)
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1000
rgianchetti@cov.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2024, I electronically filed the foregoing Notice of Appeal with the Clerk of Court via the Court's CM/ECF system, which effects service upon all counsel of record.

/s/ Isaac D. Chaput
Isaac D. Chaput