**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**February 18, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

MAX MILES, on behalf of Mark Miles, a minor, by his next friends and parents, et al.,

    Plaintiffs - Appellants,

v.

OKLAHOMA STATE DEPARTMENT OF EDUCATION, et al.,

    Defendants - Appellees.

------------------------------

THOMAS ABERLI, et al.,

    Amici Curiae.

No. 24-6072
(D.C. No. 5:22-CV-00787-JD)
(W.D. Okla.)

---

**ORDER**

---

    This matter is before the court *sua sponte* at the direction of the panel of judges who will hear oral argument in, and decide the merits of, this appeal. This matter is ABATED pending the Supreme Court's issuance of a decision in *United States v. Skrmetti*, No. 23-477. The oral argument scheduled for March 18, 2025 is VACATED.

    Within 30 days of the date of this order, and every 30 days thereafter, the parties shall file a joint status report advising this court of the status of the Supreme Court's

proceedings in *Skrmetti*. Upon the issuance of the Supreme Court's decision in *Skrmetti*, the parties shall notify this court forthwith.

                                            Entered for the Court,

                                            CHRISTOPHER M. WOLPERT, Clerk